IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PEER BEARING COMPANY,**<br>　　　Plainitff<br><br>　　v.<br><br>**ROLLER BEARING COMPANY OF AMERICA, INC.,**<br>　　　Defendant | MISCELLANIOUS ACTION NO. 12-216 |

**O R D E R**

On August 24, 2012, Movants Pepper Hamilton LLP, Matthew D. Janssen, and David Richman filed a Motion to Quash subpoenas served on them by Respondent Roller Bearing Company of America, Inc. ("RBC") and requested sanctions against RBC (ECF 1). On September 24, 2012, Movants SKF USA, Inc. and Poul Jeppesen filed a Motion to Quash subpoenas served on them by RBC and requested sanctions against RBC (ECF 10). RBC filed responses to Movants Motions to Quash on September 10, 2012 (ECF 5) and October 11, 2012 (ECF 16) and requested that all Movants be compelled to comply with the subpoenas, as well as sanctions against all Movants. For the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** as follows:

1. Movants Motions to Quash (ECF 1 and 10) are **GRANTED** in part, with respect to their requests that RBC's subpoenas be quashed, and **DENIED** in part, with respect to their requests for sanctions against RBC;

2. RBC's requests that all Movants be compelled to comply with the subpoenas and for sanctions against all Movants (ECF 5 and 16) are **DENIED**; and

3. The Clerk shall close this case.

　　　　　　　　　　　　　　　　　　BY THE COURT:
　　　　　　　　　　　　　　　　　　　/s/ Michael M. Baylson
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　**Michael M. Baylson, U.S.D.J.**

Dated: 12/19/12

O:\CIVIL 12\12mc216 peer v. roller\12mc216.Order Granting Mot. to Quash and Den. Sanctions.doc